```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA COLLINS,

                Plaintiff,

-against-

VHB ENGINEERING, SURVEYING, LANDSCAPE., ARCHITECTURE AND GEOLOGY, P.C., LIZ PERKINS, Individually, GLEN KIRKPATRICK, Individually, and GEORGE LESTER, Individually,

                Defendants.

23 Civ. 5252 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan dated August 17, 2023. *See* ECF No. 16-1. The Court shall not schedule fact discovery for more than 120 days absent unique complexities or other exceptional circumstances. *See id.* ¶ 5. Accordingly, by **August 25, 2023**, the parties shall refile a proposed case management plan that complies with the Court's June 22, 2023 order, ECF No. 7, and the Court's Individual Practices and model Case Management Plan and Scheduling Order, which are available at https://nysd.uscourts.gov/hon-analisa-torres.

    SO ORDERED.

Dated: August 18, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge